

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-18-00472-CR

Susan **DONNELL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-09-238-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court